## Fannie May Scoville, Appellee, v. Thomas Paper Stock Company, Appellant.

### Gen. No. 43,765.

opinion filed October 14, 1946; released for publication October 28, 1946. Cohon & Goldstein, for appellant; Bell, Boyd & Marshall, for appellee; Charles E. Herzog, of counsel. Opinion by Presiding Justice O'Connor. Not to be published in full.